# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| David Pecjak, Sr.,, et al., ) | CASE NO. 1:08CV1778 |
| ) | |
| Plaintiffs, ) | JUDGE: BOYCO |
| ) | |
| vs. ) | MAGISTRATE JUDGE: McHARGH |
| ) | |
| The Revenue Group, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## Stipulation for Dismissal and Judgment Entry

Now come the Plaintiffs and Defendants, through the undersigned counsel, and hereby stipulate and agree that the claims in this action have been fully settled and resolved, that all such claims are hereby dismissed WITH PREJUDICE, that the parties will bear their own court costs in this action, and that this Court may enter an Order confirming same.

Respectfully Submitted,                                    Respectfully Submitted,


/s/ David Ledman                                           /s/ R. Glenn Knirsch
DAVID LEDMAN, SCR#0038504                                  R. GLENN KNIRSCH, SCR#0080770
LAW OFFICE OF DAVID LEDMAN                                 JAVITCH, BLOCK & RATHBONE
35000 Chardon Road, Suite 105                              1100 Superior Ave., 19th Floor
Willoughby Hills, Ohio 44094                               Cleveland, Ohio 44114
Ph:     (440) 918-1850                                     Ph:     (216) 623-0000 ext. 3088
Fax:    (440) 918-1851                                     Fax:    (216) 525-4962
E-mail: ledmanlaw@lightstream.net                          E-mail: gknirsch@jbandr.com
Attorney for Plaintiffs                                    Attorney for Defendants

IT IS SO ORDERED.


 s/Christopher A. Boyko
JUDGE

October 2, 2008